MOLLOY v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term. March 26, 1906.)

CARRIERS—INJURY TO PASSENGER—NEGLIGENCE—EVIDENCE.

Proof that a passenger on a street car, who had stepped onto the running board after the car had been signaled to stop at a crossing to permit him to alight, was thrown off in consequence of the car giving a jerk while it continued its course after passing the crossing without stopping, did not prove actionable negligence on the part of the company.

[Ed. Note.—For cases in point, see vol. 9, Cent. Dig. Carriers, §§ 1205, 1286.]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Patrick Molloy against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and O'GORMAN and NEWBURGER, JJ.

William E. Weaver, for appellant.
John McLaren, for respondent.

SCOTT, P. J. The plaintiff's testimony, upon which the recovery herein is based, is to the effect that, while a south-bound car upon which he was riding was crossing Twenty-Eighth street, he signaled the conductor, who rang the bell to stop the car. The plaintiff stepped upon the running board of the car, supposing that it would stop at the south side of Twenty-Eighth street. It continued on its course, however, at the usual rate of speed until about 100 feet from Twenty-Seventh street, where, as the plaintiff testifies, "the car gave a jerk, and I was pitched off." This is not sufficient proof of negligence on

the part of the company to authorize a judgment in favor of the plaintiff. Black v. Third Ave. R. R. Co., 2 App. Div. 387, 37 N. Y. Supp. 830.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event   All concur.